UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CANDISS CAMPBELL,

     Plaintiff,

v.                                 Case No:  2:12-cv-616-Ftm-99SPC

METROPOLITAN LIFE INSURANCE
COMPANY,

     Defendant.
_____/

## ORDER

This matter comes before the Court on review of the Complaint for relief pursuant to ERISA (Doc. #1) filed on November 13, 2012.  Upon review, although a Track Two Notice was issued for the case, it would appear that this case is more appropriately designated a Track One record review case.

Accordingly, it is now **ORDERED:**

The Clerk shall issue a Track One Notice, re-designate the case as a Track One case, and issue an ERISA scheduling order.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of April, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record