UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CANDISS CAMPBELL,

    Plaintiff,

v.                                                     Case No: 2:12-cv-616-FtM-38UAM

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.
_____/

**ORDER**

This matter comes before the Court on the Plaintiff, Candiss Campbell and the Defendant, Metropolitan Life Insurance Company's Mediation Report (Doc. #28) filed on June 26, 2013. The Report filed by the Mediator, Jack L. Townsend, stated that the Parties had reached a full settlement of the issues in the case. Pursuant to M.D. Fla. Local Rule 3.08(a), "it shall be the duty of all counsel to immediately notify the Court upon the settlement of any case." The Mediation Report was filed on June 26, 2013, yet to date counsel for the Parties have not filed their notice of settlement with the Court. Therefore, counsel shall file in writing their notice of settlement with the Court within ten (10) days of this Order.

    Accordingly, it is now

    **ORDERED:**

Counsel for the Parties shall file, in writing, their **NOTICE of SETTLEMENT** regarding the settlement of this case or inform the Court otherwise on or before **July 29, 2013.**

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of July, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record