
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CANDISS CAMPBELL,

    Plaintiff,

v.                                                      Case No: 2:12-cv-616-FtM-38UAM

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

This matter comes before the Court on the Plaintiff, Candiss Campbell and the Defendant, Metropolitan Life Insurance Company's Joint Stipulation of Dismissal with Prejudice (Doc. #31) filed on July 18, 2013. The Parties inform the Court that they have reached an amicable settlement and resolution of this action which provides for the dismissal of this case with prejudice. The Parties therefore move the Court to dismiss the action with each party to bear their own attorney's fees and expenses.

Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)    A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, the Plaintiff, Candiss Campbell and the Defendant Metropolitan Life Insurance Company notified the Court (Doc. # 31) that a settlement agreement has been reached between the Parties and they jointly notify and move the Court to dismiss the action with prejudice.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Candiss Campbell's Complaint (Doc. # 1) filed on November 13, 2012, is hereby **DISMISSED** with prejudice.  Each Party is to bear their own expenses and attorney's fees.  The Clerk of the Court is directed to enter judgment accordingly, terminate any previously scheduled deadlines and pending motions, and **CLOSE** the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of July, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record